**United States Bankruptcy Court**
Middle District of Tennessee

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>Associated Healthcare Systems, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>58-2472565 | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>214 Overlook Court<br>Suite 260<br>Brentwood, TN                    ZIP Code<br>37027-3215 | Street Address of Joint Debtor (No. & Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Williamson | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | 214 Overlook Court<br>Suite 260<br>Brentwood, TN 37027-3215 |

| Type of Debtor (Form of Organization)<br>(Check one box) | Nature of Business<br>(Check all applicable boxes.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)<br>State type of entity: | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3) | ☐ Chapter 7  ■ Chapter 11  ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9  ☐ Chapter 12  ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13<br><br>**Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business   ■ Business |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million. |

**Statistical/Administrative Information**                    \*\*\* G. Rhea Bucy \*\*\*                    THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Associated Healthcare Systems, Inc. |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> See Attached | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.
I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.

X_____
    Signature of Attorney for Debtor(s)      Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Certification Concerning Debt Counseling by Individual/Joint Debtor(s)

☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Associated Healthcare Systems, Inc.
Chapter 11

## Attachment to Pending Bankruptcy Cases Filed by Spouse, Partner or Affiliate:

| | |
|---|---|
| Debtor: | Samaritan Alliance, LLC. – Jointly Administered |
| Case No.: | 07-50735 |
| Date Filed: | 04/16/2007 |
| District: | Eastern District of Kentucky |
| Judge: | William S. Howard |

| | |
|---|---|
| Debtor: | Carroll County Medical Advisors LP f/k/a Carroll County Hospital; f/k/a Carroll County Regional Medical Center |
| Case No.: | 07-30420 |
| Date Filed: | 09/21/2007 |
| District: | Eastern District of Kentucky |
| Judge: | Joseph M. Scott, Jr. |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Associated Healthcare Systems, Inc. |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
　Signature of Debtor

X _____
　Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

#### Signature of Attorney

X　/s/ G. Rhea Bucy
　Signature of Attorney for Debtor(s)

　G. Rhea Bucy
　Printed Name of Attorney for Debtor(s)

　GULLETT, SANFORD, ROBINSON & MARTIN, PLLC
　Firm Name

　315 Deaderick Street, Suite 1100
　P. O. Box 198888
　Nashville, TN 37219-8888
_____
Address


　Phone: (615) 244-4994　Fax: (615) 256-6339
　Telephone Number

　October 1, 2007
　Date

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X　/s/ A. Ronald Turner
　Signature of Authorized Individual

　A. Ronald Turner
　Printed Name of Authorized Individual

　President and CEO
　Title of Authorized Individual

　October 1, 2007
　Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
　Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110;*

# United States Bankruptcy Court
## Middle District of Tennessee

In re    Associated Healthcare Systems, Inc.         Case No. _____

                                               Debtor(s)       Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AHS Samaritan Hospital, LLC c/o Brian D. Roark; Michael Dagley 315 Deaderick Street, Suite 2700 Nashville, TN 37238 | c/o Brian D. Roark; Michael Dagley AHS Samaritan Hospital, LLC c/o Brian D. Roark; Michael Dagley 315 Deaderick Street, Suite 2700 Nashville, TN 37238 615-742-6200 | Lawsuit for conversion of funds allegedly paid by medicare/medicaid for the benefit of Plaintiff | Disputed | 310,828.61 |
| AHS, Inc. f/k/a Angel Healthcare c/o Daniel Giannotti 3322 West End Avenue, Suite 720 Nashville, TN 37203 | c/o Daniel Giannotti AHS, Inc. f/k/a Angel Healthcare c/o Daniel Giannotti 3322 W. End Avenue, Ste 720 Nashville, TN 37203 615-386-4995 | Suit on balance due for staffing agreement between plaintiff and AHS Samaritan Hospital, LLC | Disputed | 57,000.00 |
| Allegro 2830 National City Tower Louisville, KY 40202 | Allegro 2830 National City Tower Louisville, KY 40202 502-587-1007 | | | 64,914.28 |
| Boston Scientific P.O. Box 951653 Dallas, TX 75395-1653 | Boston Scientific P.O. Box 951653 Dallas, TX 75395-1653 | | | 53,617.16 |
| Carrollton Utilities c/o G. Edward James 516 Highland Avenue; P.O. Box 373 Carrollton, KY 41008 | G. Edward James Carrollton Utilities c/o G. Edward James 516 Highland Avenue; P.O. Box 373 Carrollton, KY 41008 502-732-7055 | | | 30,000.00 |
| Citadel Outsource Group, LLC 162 Imperial Blvd. Hendersonville, TN 37075 | Citadel Outsource Group, LLC 162 Imperial Blvd. Hendersonville, TN 37075 615-757-1100 | | | 26,985.07 |
| Delange Landen Financial Service P.O. Box 848411 Dallas, TX 75284-8411 | Delange Landen Financial Service P.O. Box 848411 Dallas, TX 75284-8411 | | | 691,248.23 |

In re  Associated Healthcare Systems, Inc.                                                          Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| First State Financial, Inc. c/o Shon Leverett 204 East Market Street Louisville, KY 40202 | First State Financial, Inc. c/o Shon Leverett 204 East Market Street Louisville, KY 40202 502-560-6700 | Suit on guaranty | | 421,386.27 |
| GESF Structured Finance, Inc. c/o David G. Mangum 2303 Franklin Road Nashville, TN 37204 | c/o David G. Mangum GESF Structured Finance, Inc. c/o David G. Mangum 2303 Franklin Road Nashville, TN 37204 615-255-8690 | Deficiencies on Equipment Leases contracted by Samaritan Hospital and guaranteed by Associated | Unliquidated | 285,184.54 |
| Health Infotechnics 210 Jamestown Park Road Suite 101 Brentwood, TN 37027 | Health Infotechnics 210 Jamestown Park Road Suite 101 Brentwood, TN 37027 615-298-4011 | | | 19,125.00 |
| Marquette Equipment Finance c/o Joseph E. Wrona 1816 Prospector Avenue, Suite 100 Park City, UT 84060 | Marquette Equipment Finance c/o Joseph E. Wrona 1816 Prospector Avenue, Suite 100 Park City, UT 84060 435-649-2525 | Suit on guaranty by AHS of obligations of Associated Healthcare Systems of Lexington, LLC, under leasesof computer hardware and software | Unliquidated | 608,059.40 |
| National Radiology Group of AR PLLC c/o Nathan E. Ross 500 N. Broadway, Ste. 2000 Saint Louis, MO 63102-2147 | National Radiology Group of AR PLLC c/o Nathan E. Ross 500 N. Broadway, Ste. 2000 Saint Louis, MO 63102-2147 314-444-7600 | Promissory Notes with Corporate (AHS, Inc.) guarantees | | 151,543.82 |
| Norton Hospitals, Inc. c/o Andrew J. Pulliam 2525 West End Ave., Ste. 1500 Nashville, TN 37203 | Norton Hospitals, Inc. c/o Andrew J. Pulliam 2525 West End Ave., Ste. 1500 Nashville, TN 37203 615-244-0020 | Action to domesticate an Agreed Judgment entered in the Circuit Court of Jefferson County, KY | | 1,213,414.23 |
| Randolph Emergency Group, LLC c/o Robert S. Patterson P.O. Box 340025 Nashville, TN 37203 | Randolph Emergency Group, LLC c/o Robert S. Patterson P.O. Box 340025 Nashville, TN 37203 615-252-2335 | Suit on guaranty by AHS of contract between Plaintiff and Associated Healthcare Systems of Randolph County, Inc. | | 426,073.43 |

In re  Associated Healthcare Systems, Inc.                                        Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Republic Bank<br>c/o Stephen C. Tingey<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385 | Republic Bank<br>c/o Stephen C. Tingey<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385<br>801-532-1500 | Suit for breach of lease of computer hardware and software entered into between Applied Financial, LLC and Associated Healthcare of Lexington, LLC and | Unliquidated | 1,808,272.80 |
| Shared Imaging, Inc.<br>c/o David J. Bressler<br>4200 Commerce Court, Suite 300<br>Lisle, IL 60532 | Shared Imaging, Inc.<br>c/o David J. Bressler<br>4200 Commerce Court, Suite 300<br>Lisle, IL 60532<br>630-245-0400 | Suit to hold AHS liable for the obligation of its subsidiary, Trinity Hospital, LLC, on "piercing the corporate veil" theory; lease of MRI machine | Unliquidated<br>Disputed | 337,900.00 |
| Smith & Nephew Capital<br>c/o William P. Kelly<br>5201 Eden Ave., Ste. 180<br>Minneapolis, MN 55436 | c/o William P. Kelly<br>Smith & Nephew Capital<br>c/o William P. Kelly<br>5201 Eden Ave., Ste. 180<br>Minneapolis, MN 55436<br>952-224-2490 | Guarantor of Lease Agreement No. SAM072406 to Samaritan Hospital | | 202,554.00 |
| Sprint<br>P.O. Box 219623<br>Kansas City, MO 64121-9623 | Sprint<br>P.O. Box 219623<br>Kansas City, MO 64121-9623<br>816-584-1687 | | | 57,707.93 |
| St. Claude Medical Center LLC<br>c/o James Cobb; John Emmett<br>1515 Poydras Street, Suite 1950<br>New Orleans, LA 70112 | St. Claude Medical Center LLC<br>c/o James Cobb; John Emmett<br>1515 Poydras Street, Suite 1950<br>New Orleans, LA 70112<br>504-581-1301 | Suit on note dated 5/30/03, executed by AHS in connection with its scquisition of St. Claude Medical Center | | 900,000.00 |
| Winthrop Resources Corp.<br>c/o Matthew R. McBride, Esq.<br>225 South 6th Street, Suite 3500<br>Minneapolis, MN 55402 | Winthrop Resources Corp.<br>c/o Matthew R. McBride, Esq.<br>225 South 6th Street, Suite 3500<br>Minneapolis, MN 55402<br>612-604-6400 | Suit on guaranty by AHS of computer equipment leased by Associated Healthcare of Lexington, LLC from Plaintiff | Unliquidated | 978,473.91 |

In re  Associated Healthcare Systems, Inc.                                          Case No.
                                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  October 1, 2007                       Signature  /s/ A. Ronald Turner
                                                       A. Ronald Turner
                                                       President and CEO

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

| | | | |
|---|---|---|---|
| In re | Associated Healthcare Systems, Inc. | Case No. | |
| | Debtor(s) | Chapter | 11 |

# VERIFICATION OF CREDITOR MATRIX

I, the President and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: October 1, 2007         /s/ A. Ronald Turner
                              A. Ronald Turner/President and CEO
                              Signer/Title

Date: October 1, 2007         /s/ G. Rhea Bucy
                              Signature of Attorney
                              G. Rhea Bucy
                              GULLETT, SANFORD, ROBINSON & MARTIN, PLLC
                              315 Deaderick Street, Suite 1100
                              P. O. Box 198888
                              Nashville, TN 37219-8888
                              Phone: (615) 244-4994   Fax: (615) 256-6339