# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

In re: )
)
**ASSOCIATED HEALTHCARE SYSTEMS, INC.** ) Case No. 07-07219-MH3-11
)
Debtor. )

## DESIGNATION OF NATURAL PERSONS TO ACT FOR THE DEBTOR

Pursuant to LBR 4002-1.a.(5), the captioned Debtor hereby designates the following natural persons to perform the acts required to be performed by the Debtor in this case:

| NAME AND TITLE/POSITION | ADDRESS |
|---|---|
| A. Ronald Turner<br>President and CEO; Director | 214 Overlook Court, Suite 260<br>Brentwood, TN 37027-3215 |
| James L. Marshall, Jr.<br>Senior Vice President; Director | 214 Overlook Court, Suite 260<br>Brentwood, TN 37027-3215 |
| Richard McBryde<br>Vice President and Corporate Controller | 214 Overlook Court, Suite 260<br>Brentwood, TN 37027-3215 |

This the 1st day of October, 2007.

/s/ G. Rhea Bucy
G. Rhea Bucy
Gullett, Sanford, Robinson & Martin, PLLC
P.O. Box 198888
Nashville, TN 37219-8888
(615) 244-4994
rbucy@gsrm.com; bke@gsrm.com

Attorney for Debtors and Debtors-in-Possession

## CERTIFICATE OF SERVICE

       I hereby certify that on this 1st day of October, 2007, a true and exact copy of the foregoing has been served via United States mail, postage prepaid, or by electronic mail according to the Rules of CM/ECF.

       /s/ G. Rhea Bucy
       G. Rhea Bucy