# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ASSOCIATED HEALTHCARE SYSTEMS, INC. ) | CASE NO. 07-07219-MH3-11 |
| ) | |
| DEBTOR ) | Judge Harrison |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned chapter 11 proceeding as counsel on behalf of the Official Committee of Unsecured Creditors (the "Committee") of Samaritan Alliance, LLC, which is appearing in this case on behalf of the chapter 11 bankruptcy estates of Samaritan Alliance and its debtor affiliates (collectively, "Samaritan Alliance") pursuant to the Plan of Orderly Liquidation and Distribution, which is pending confirmation in chapter 11 Case No. 07-50735, being jointly administered in the United States Bankruptcy Court for the Eastern District of Kentucky, and request that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone, telefax, telegraph, telex, or otherwise, which affects Associated Healthcare Systems, Inc., be served upon:

| | | |
|---|---|---|
| Jonathan F. Teitenberg | Ronald E. Gold | Adam R. Kegley |
| Frost Brown Todd LLC | Frost Brown Todd LLC | Frost Brown Todd LLC |
| 424 Church Street | 2200 PNC Center | 250 West Main Street, Ste. 2700 |
| Nashville, Tennessee 37219 | 201 East Fifth Street | Lexington, Kentucky 40507 |
| 615-251-5550 Telephone | Cincinnati, Ohio 45202 | 859-231-0000 Telephone |
| 615-251-5551 Facsimile | 513-651-6800 Telephone | 859-231-0011 Facsimile |
| jteitenberg@fbtlaw.com | 513-651-6981 Facsimile | akegley@fbtlaw.com |
| | rgold@fbtlaw.com | |

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over the Committee, specifically, but not limited to (i) its right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) its right to a trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

Dated: October 3, 2007

Respectfully submitted,

**FROST BROWN TODD LLC**

By: /s/ Jonathan F. Teitenberg
Jonathan F. Teitenberg
424 Church Street
Nashville, Tennessee 37219
615-251-5550 Telephone
615-251-5551 Facsimile
jteitenberg@fbtlaw.com

**ATTORNEYS FOR
THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
SAMARITAN ALLIANCE, LLC**

Of Counsel:

Ronald E. Gold (Ohio Bar #0061351)
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
513-651-6800 Telephone
513-651-6981 Facsimile
rgold@fbtlaw.com

and

Adam R. Kegley (Ky Bar # 87494)
Frost Brown Todd LLC
250 West Main Street, Ste. 2700
Lexington, Kentucky 40507
859-231-0000 Telephone
859-231-0011 Facsimile
akegley@fbtlaw.com

NSHLibrary 69365v.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served on October 3, 2007, electronically on all parties receiving notice by this Court's CM/ECF system in this case and by first class mail, postage prepaid, on the following:

Associated Healthcare Systems, Inc.
214 Overlook Court, Suite 260
Brentwood, TN 37027

                                      */s/ Jonathan F. Teitenberg*
                                      Jonathan F. Teitenberg