# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 07-07219-MH3-11 |
| ASSOCIATED HEALTHCARE SYSTEMS, INC. ) | |
| ) | JUDGE HARRISON |
| DEBTOR ) | |

## MOTION FOR ENTRY OF ORDER ADMITTING
## RONALD E. GOLD TO APPEAR *PRO HAC VICE*

The Official Committee of Unsecured Creditors (the "Committee") of Samaritan Alliance, LLC ("Samaritan Alliance"), which is appearing in this case on behalf of the chapter 11 bankruptcy estates of Samaritan Alliance and its debtor affiliates pursuant to the Plan of Orderly Liquidation and Distribution, which is pending confirmation in chapter 11 Case No. 07-50735, being jointly administered in the United States Bankruptcy Court for the Eastern District of Kentucky, by counsel, hereby moves this Court pursuant to Local Bankruptcy Rule 2090-1(b) for entry of an order admitting Ronald E. Gold to appear *pro hac vice* in this case. In support of this motion, the Committee respectfully states:

1. Ronald E. Gold is a member of the law firm of Frost Brown Todd LLC and maintains an office at 2200 PNC Center, 201 East Fifth Street, Cincinnati, Ohio 45202.

2. Mr. Gold is a practicing attorney duly licensed in the State of Ohio and is admitted to practice in the highest court of the State of Illinois, the State of Ohio, the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Northern District of Illinois, the United States District Court for the Southern District of Ohio, the United States District Court for the Eastern District of Wisconsin, the United States District Court for

the Western District of Kentucky, the United States District Court for the Northern District of Indiana, and the United States District Court for the Southern District of Indiana.

3. Attached hereto as <u>Exhibit A</u> is a certificate of good standing for Mr. Gold from the United States District Court for the Southern District of Ohio.

WHEREFORE, the Committee respectfully requests entry of an order admitting Ronald E. Gold to appear *pro hac vice* in this case.

Dated: October 5, 2007          Respectfully submitted,

**FROST BROWN TODD LLC**

By: */s/ Jonathan F. Teitenberg*

Of Counsel:
Jonathan F. Teitenberg
424 Church Street
Nashville, Tennessee 37219

Ronald E. Gold (Ohio Bar #0061351)
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
513-651-6800 Telephone
513-651-6981 Facsimile
rgold@fbtlaw.com

615-251-5550 Telephone
615-251-5551 Facsimile
jteitenberg@fbtlaw.com

**ATTORNEYS FOR
THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
SAMARITAN ALLIANCE, LLC**

and

Adam R. Kegley (Ky Bar # 87494)
Frost Brown Todd LLC
250 West Main Street, Ste. 2700
Lexington, Kentucky 40507
859-231-0000 Telephone
859-231-0011 Facsimile
akegley@fbtlaw.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served on October 5, 2007 on all parties receiving notice by this Court's CM/ECF system in this case.

                                    */s/ Jonathan F. Teitenberg*
                                      Jonathan F. Teitenberg

2

LEXLibrary 346090v.1
Case 3:07-bk-07219   Doc 15   Filed 10/05/07   Entered 10/05/07 16:31:22   Desc Main
Document   Page 3 of 3