IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 07-07219-MH3-11 |
| ASSOCIATED HEALTHCARE SYSTEMS, INC. ) | |
| ) | JUDGE HARRISON |
| DEBTOR ) | |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

This Court having reviewed the Motion for Entry of Order Admitting Ronald E. Gold to Appear *Pro Hac Vice* (the "Motion") in this case and, after due deliberation, it is hereby

ORDERED that the Motion is granted and Ronald E. Gold is admitted to appear and practice *pro hac vice* in this case.

Approved for Entry:

**FROST BROWN TODD LLC**

*/s/ Jonathan F. Teitenberg*
Jonathan F. Teitenberg
424 Church Street
Nashville, Tennessee  37219
615-251-5550  Telephone
615-251-5551  Facsimile
jteitenberg@fbtlaw.com

Attorneys for the
Official Committee of Unsecured
Creditors of Samaritan Alliance, LLC