# United States Bankruptcy Court
## Middle District of Tennessee

In re   Associated Healthcare Systems, Inc.                                    Case No.   07-07219-MH3-11

                                                    Debtor(s)          Chapter   11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

#### 1. Income from employment or operation of business

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                           SOURCE

#### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                           SOURCE

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| See the attached list | See the attached list | $0.00 | $0.00 |

None
☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| See the attached list | See the attached list | $0.00 | $0.00 |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| AHS Samaritan Hospital, LLC v. Associated Healthcare Systems, Inc., and Samaritan Alliance, LLC<br>Case No. 07-671-I | Conversion of funds allegedly paid by medicare/medicaid for the benefit of Plaintiff | Chancery Court of Davidson County, Tennessee | Default Judgment entered June 1, 2007 in the amount of $310,828.61; motion to set aside default denied 7/13/07; Debtor has filed Rule 60 motion to set aside Judgment |
| GESF Structured Finance (Americas) Inc. v. Associated Healthcare Systems, Inc.<br>Case No. 07374 | Deficiencies on equipment leases contracted by Samaritan Hospital and guaranteed by Associated | Circuit Court for Williamson County, Tennessee | Default Judgment taken as to liability; claim is $485,184.54, but plaintiff received $200,000.00 upon sale of the equipment for which has not been given credit |
| First State Financial, Inc. v. Associated Healthcare Systems, Inc.<br>Case No. 07396 | Suit on guaranty | Circuit Court for Williamson County, Tennessee | Motion for Default Judgment seeking $404,977.62, plus interest and attorney fees |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Norton Hospitals, Inc. Case No. 07420 | Action to domesticate an Agreed Judgment entered in the Circuit Court of Jefferson County, Kentucky | Circuit Court for Williamson County, Tennessee | Order enforcing foreign Judgment entered 8/29/07 (judgment amount: $1,213,414.23, plus post-judgment interest and attorney's fees) |
| Randolph Emergency Group, LLC v. Associated Healthcare Systems, Inc. Case No. 33434 | Suit on guaranty by Debtor of contract between Plaintiff and Associated Healthcare Systems of Randolph County, Inc. | Chancery Court for Williamson County, Tennessee | Settlement Agreement entered 6/11/07 |
| Debra G. Abbott, et al v. Associated Healthcare Systems, Inc. Case No. 07-CI-00108 | Suit by employees of Carroll County Medical Advisors Limited Partnership | Carroll Circuit Court (Kentucky) | Answer filed |
| Marquette Equipment Finance, LLC f/k/a Marquette Financial, LLC v. Associated Healthcare Systems, Inc. Case No. 070910874 | Suit on guaranty by Debtor of obligation of Associated Healthcare Systems of Lexington, LLC, under leases of computer hardware and software; amount sought is accelerated amount due and owing under the lease schedules (no less than $608,059.40, plus taxes, the fair market value of the equipment, late fees, interest and attorney's fees) | Third Judicial District Court of Salt Lake County, Utah | Suit filed July 30, 2007; Answer filed September, 2007 |
| Republic Bank v. Associated Healthcare Systems, Inc. Case No. 070900075 | Suit on guaranty by Debtor of obligation of Associated Healthcare Systems of Lexington, LLC, under leases of computer hardware and software; amount sought is accelerated amount due and owing under the lease schedules (no less than $1,010,644.49, plus interest, late charges and taxes), and for the immediate possession of the equipment; the second amended complaint increased the prayer to $1,808,272.80, plus interest, late charges, and taxes | Third District Court of Salt Lake City, Utah | Suit filed January, 2007, and there is a certification on the Complaint that it was served on John Bobango on January 23, 2007; a second amended complaint was filed August 13, 2007, and appears to have been served on John Bobango, as registered agent for Debtor, on August 22, 2007 |
| Winthrop Resources Corporation v. Associated Healthcare Systems of Lexington, LLC and Associated Healthcare Systems, Inc. Case No. 27-CV-07-6677 | Suit on guaranty by Debtor of computer equipment leased by Associated Healthcare Systems of Lexington, LLC from Plaintiff; the judgment sought is $978,473.91, plus possession of the equipment | District Court, 4th Judicial District, Hennepin County, Minnesota | An amended Complaint was filed in June, 2007, and an amended summons issued June 21, 2007; Debtor timely filed an answer; Plaintiff has moved for summary judgment |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| AHS, Inc. f/k/a Angel Healthcare Staffing, Inc. v. Associated Healthcare Systems, Inc. and Associated Healthcare Systems Management Company Case No. 07033 | Suit for balance due ($57,000.00) on staffing agreement between plaintiff and AHS Samaritan Hospital, LLC; Plaintiff contends Debtor has liability under Section 6.8 (the "binding" clause) of the staffing agreement, because it is a permitted successor or assign | Circuit Court of Wiliamson County, Tennessee | Plaintiff's Motion for Leave to file amended complaint was granted |
| St. Claude Medical Center, LLC v. Associated Healthcare Systems, Inc., A. Ronald Turner, James L. Marshall, Jr. and Jae H. Hill Case No. 06-0944 | Suit on Note dated May 30, 2003, executed by Debtor in connection with its acquisition of St. Claude Medical Center | United States District Court, Eastern District of Louisiana | Complaint served about March 27, 2006; on February 28, 2007 an Agreed Order was entered granting Defendant's Motion to Compel Arbitration and administratively closing the suit pending completion of arbitration; arbitration hearing has not been scheduled |
| Shared Imaging, Inc., an Illinois Corp. v. Trinity Hospital, LLC and Associated Healthcare Systems, Inc. Case No. 2007L009639 | Suit to hold Debtor liable for the obligations of its subsidiary, Trinity Hospital, LLC, on "piercing the corporate veil" theory; lease of MRI machine (account stated $43,000.00; future damages $294,900) | Circuit Court of Cook County, Illinois | Summons issued September 13, 2007 |

**None** ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

**None** ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

**None** ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Gullett Sanford Robinson & Martin, PLLC 315 Deaderick Street, Suite 1100 PO Box 198888 Nashville, TN 37219-8888 | See Application to Employ Gullett, Sanford, Robinson & Martin, PLLC, filed 10/1/2007, docket #2 | |

### 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Farris Matthews Branan Bobango Hellen & Dunlap, PLC 1100 Ridgeway Loop Road, Ste. 400 Memphis, TN 38120-4058 | 8/1/07 | Promissory Note secured by equity interests in the following: Associated Healthcare Systems of Kentucky Lake, Inc. (common stock); Berrien County Medical Advisors, L.P. (limited partnership units) and Sabine Medical Center, Inc. (common stock) |

None
■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| See the attached list | | | See the attached list | See the attached list |

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐      supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Richard McBryde | 03/04 to present |
| 214 Overlook Court | |
| Suite 260 | |
| Brentwood, TN 37027-3215 | |

None   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the
☐      books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Horne, LLC | 1802 West End Avenue | 2001 to present |
| | Suite 800 | Audit for year ending 2005 |
| | Nashville, TN 37203 | |

None   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐      of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Richard McBryde | 214 Overlook Court |
| | Suite 260 |
| | Brentwood, TN 37027-3215 |

None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■      issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS            DATE ISSUED

### 20. Inventories

None   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■      and the dollar amount and basis of each inventory.

| | | DOLLAR AMOUNT OF INVENTORY |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

| | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
|---|---|
| DATE OF INVENTORY | RECORDS |

### 21 . Current Partners, Officers, Directors and Shareholders

None   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| A. Ron Turner 214 Overlook Court Suite 260 Brentwood, TN 37027-3215 | President, CEO and Director | 48.5% (1,174,300 shares) |
| CCS Investments, LLC Attn: Jim Seabury - Secretary 1300 Ft. Negley Blvd. Nashville, TN 37203 | | 12.7% (307,850 shares) |
| AHS Investment Partners, LLC Attn: Lane Carrick 1000 Ridgeway Loop Road Suite 103 Memphis, TN 38120 | | 7.1% (171,428 shares) |
| John A. Bobango 1100 Ridgeway Loop Road Suite 400 Memphis, TN 38120 | | 6.7% (161,747 shares) |
| James L. Marshall, Jr. 214 Overlook Court Suite 260 Brentwood, TN 37027-3215 | Senior Vice President of Operations and Director | 5.0% (122,200 shares) |
| Richard McBryde 214 Overlook Court Suite 260 Brentwood, TN 37027-3215 | Vice President and Corporate Controller | |

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |
| James Finley 1418 Marrimans Court Franklin, TN 37067 | Vice President of Development | 08/30/2007 |
| David Perry 404 Strathmore Drive Franklin, TN 37064 | Group Vice President of Finance | 07/20/2007 |
| Jim Seabury 1300 Ft. Negley Blvd. Nashville, TN 37203 | Former Board Member and CEO of Enterprise Electric, LLC | 07/20/2007 |
| Lane Carrick 1000 Ridgeway Loop Road Suite 103 Memphis, TN 38120 | Former Board Member and CEO of Sovereign Wealth Management | 07/20/2007 |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| A. Ronald Turner<br>214 Overlook Court<br>Suite 260<br>Brentwood, TN 37027-3215<br>   President, CEO and Director | | Total Salary Paid 10/01/2006 - 09/30/2007<br>$246,749.36 |
| James L. Marshall, Jr.<br>214 Overlook Court<br>Suite 260<br>Brentwood, TN 37027-3215<br>   Senior Vice President of Operations and Director | | Total Salary Paid 10/01/2006 - 09/30/2007<br>$144,015.42 |
| Richard McBryde<br>214 Overlook Court<br>Suite 260<br>Brentwood, TN 37027-3215<br>   Vice President and Corporate Controller | | Total Salary Paid 10/01/2006 - 09/30/2007<br>$132,943.87 |
| James Finley<br>1418 Marrimans Court<br>Franklin, TN 37067<br>   Former Vice President of Development | | Total Salary Paid 10/01/2006 - 09/30/2007<br>$98,002.58 |
| David Perry<br>404 Strathmore Drive<br>Franklin, TN 37064<br>   Former Group Vice President of Finance | | Total Salary Paid 10/01/2006 - 09/30/2007<br>$91,811.46 |

**24. Tax Consolidation Group.**

None ☐    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| Associated Healthcare Systems, Inc. | 58-2472565 |

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

# Attachment to Statement of Financial Affairs #3(b)

| Payee | | Date | Amount |
|---|---|---|---|
| AT&T | PO BOX 9001309, LOUISVILLE, KY 40290 | 7/2/2007 | 323.18 |
| WILLIAM J. HILDRETH | 108 WHIPPORRWILL DRIVE, WAVERLY, TN 37185 | 7/2/2007 | 552.52 |
| MEDCOM | PO BOX 10269, JACKSONVILLE, FL 32247 | 7/2/2007 | 2,584.00 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | 7/2/2007 | 98.83 |
| TENNESSEE CHILD SUPPORT | PO BOX 305200, NASHVILLE, TN 37229 | 7/2/2007 | 891.58 |
| YMCA OF MIDDLE TENNESSEE | 5101 MARYLAND WAY, BRENTWOOD, TN 37027 | 7/2/2007 | 175.50 |
| TIME WARNER TELECOM HOLDINGS, | PO BOX 172567, DENVER, CO 80217 | 7/2/2007 | 1,287.64 |
| DELAGE LANDEN FINANCIAL SERVI | PO BOX 848411, DALLAS, TX 75284 | 7/3/2007 | 15,341.84 |
| ILD TELECOMMUNICATIONS | PO BOX 5388682, ATLANTA, GA 30535 | 7/3/2007 | 57.20 |
| UNITED STATES TREASURY | OGDEN, UT 84201 | 7/3/2007 | 600.00 |
| UNION BANK | 1110 SHIRLEY ROAD, BUNKIE, LA 71322 | 7/3/2007 | 38,001.95 |
| WEBEX COMMUNICATIONS | PO BOX 49216, SAN JOSE, CA 95161 | 7/3/2007 | 600.00 |
| GENWORTH LIFE & ANNUITY INSUR | PO BOX 79314, BALTIMORE, MD 21279 | 7/3/2007 | 2,575.50 |
| TREASURER, KENTUCKY UNEMPLOYM | PO BOX 2003, FRANKFORT, KY 40602 | 7/3/2007 | 75.00 |
| LISA SMITHSON | 214 OVERLOOK CT, SUITE 260, BRENTWOOD, TN 37027 | 7/9/2007 | 149.02 |
| DAVID PERRY | 404 STRATHMORE DRIVE, FRANKLIN, TN 37064 | 7/11/2007 | 82.69 |
| PRIMETRUST BANK | PO BOX 210145, NASHVILLE, TN 37221 | 7/12/2007 | 11,368.16 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | 7/12/2007 | 57.14 |
| UNION BANK | 1110 SHIRLEY ROAD, BUNKIE, LA 71322 | 7/12/2007 | 67,422.43 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | 7/13/2007 | 28.00 |
| A. RONALD TURNER | 3541 WAKE RUN COURT, GAINESVILLE, GA 30506 | 7/13/2007 | 1,323.94 |
| FTN PREMIUM SERVICES | 21820 BURBANK BLVD, SUITE 300, BURBANK, CA 91367 | 7/16/2007 | 126,375.17 |
| BANK OF NASHVILLE | 401 CHURCH STREET, NASHVILLE, TN 37219 | 7/17/2007 | 49,175.06 |
| PRIMETRUST BANK | PO BOX 210145, NASHVILLE, TN 37221 | 7/19/2007 | 60,020.33 |
| STEVE FINLEY | 214 OVERLOOK CT, SUITE 260, BRENTWOOD, TN 37027 | 7/19/2007 | 135.26 |
| TENNESSEE CHILD SUPPORT | PO BOX 305200, NASHVILLE, TN 37230 | 7/19/2007 | 891.58 |
| HMS | 3102 WEST END AVE, SUITE 400, NASHVILLE, TN 37203 | 7/19/2007 | 31,540.07 |
| MATT MCBRYDE | 110 PLANTATION CT, NASHVILLE, TN 37221 | 7/23/2007 | 213.08 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | 7/23/2007 | 17.00 |
| CENTENNIAL, INC. | 3310 WEST END AVE, SUITE 420, NASHVILLE, TN 37203 | 7/24/2007 | 7,874.71 |
| JOE AND BLAIR DIAZ | PO BOX 366, GAINESVILLE, GA 30503 | 7/24/2007 | 887.00 |
| PRIMETRUST BANK | PO BOX 210145, NASHVILLE, TN 37221 | 7/26/2007 | 11,933.05 |
| JIM MARSHALL | PO BOX 467, HARTSVILLE, TN 37074 | 7/26/2007 | 837.81 |
| MATT MCBRYDE | 110 PLANTATION CT, NASHVILLE, TN 37221 | 7/26/2007 | 39.00 |
| KENTUCKY STATE TREASURER | FRANKFORT, KY 40602 | 7/31/2007 | 580.12 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | 7/31/2007 | 194.88 |
| TENNESSEE CHILD SUPPORT | PO BOX 305200, NASHVILLE, TN 37231 | 7/31/2007 | 891.58 |
| YMCA OF MIDDLE TENNESSEE | 5101 MARYLAND WAY, BRENTWOOD, TN 37027 | 7/31/2007 | 123.30 |
| BLUE CROSS BLUE SHIELD OF GEO | 3350 PEACHTREE ROAD NE, ATLANTA, GA 30326 | 7/31/2007 | 260,208.71 |
| NUVOX COMMUNICATIONS OF TENNE | PO BOX 580010, CHARLOTTE, NC 28258 | 7/31/2007 | 1,160.65 |
| SUN LIFE LIFE INSURANCE COMPA | 1101 ABERNATHY RD, SUITE 1225 NORTHPARK TOWN CENTER, ATLANTA, GA 30328 | 8/1/2007 | 8,175.19 |
| LISA SMITHSON | 214 OVERLOOK CT, SUITE 260, BRENTWOOD, TN 37027 | 8/6/2007 | 69.13 |
| A. RONALD TURNER | 3541 WAKE RUN COURT, GAINESVILLE, GA 30506 | 8/6/2007 | 868.53 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | 8/6/2007 | 41.43 |
| HORNE, LLP | 1801 WEST END AVE, SUITE 800, NASHVILLE, TN 37203 | 8/8/2007 | 10,000.00 |
| P J DELIVERY SERVICE, INC. | 2219 GOLDSMITH LANE, SUITE 208A, LOUISVILLE, KY 40218 | 8/8/2007 | 450.00 |
| FTN PREMIUM SERVICES | 21820 BURBANK BLVD, SUITE 300, BURBANK, CA 91367 | 8/8/2007 | 126,375.17 |
| WILLIAM J. HILDRETH | 108 WHIPPORRWILL DRIVE, WAVERLY, TN 37185 | 8/8/2007 | 346.18 |
| UNION BANK | 1110 SHIRLEY ROAD, BUNKIE, LA 71322 | 8/9/2007 | 60,163.05 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | 8/10/2007 | 109.54 |
| AT&T | PO BOX 9001309, LOUISVILLE, KY 40291 | 8/13/2007 | 356.86 |
| ILD TELECOMMUNICATIONS | PO BOX 5388682, ATLANTA, GA 30536 | 8/13/2007 | 109.84 |
| THOMSON CREATIVE SOLUTIONS | 36832 TREASURY CENTER, CHICAGO, IL 60694 | 8/13/2007 | 18.00 |

C:\Documents and Settings\hutson\Local Settings\Temporary Internet Files\OLKB1\Statement fo Financial Affairs - Statement 3(a).xls

| Payee | | Date | Amount |
|---|---|---|---|
| TIME WARNER TELECOM HOLDINGS, | PO BOX 172567, DENVER, CO 80218 | 8/13/2007 | 658.67 |
| STANFORD GROUP COMPANY | 5050 WESTHEIMER, HOUSTON, TX 77056 | 8/13/2007 | 4,288.04 |
| BANK OF AMERICA NA | PO BOX 660576, DALLAS, TX 75267 | 8/13/2007 | 1,596.87 |
| GRAY, PLANT, MOOTY, MOOTY & B | 500 IDS CENTER, 80 S EIGHT ST, MINNEAPOLIS, MN 55402 | 8/13/2007 | 3,000.00 |
| FEDEX | PO BOX 94515, PALATINE, IL 60094 | 8/13/2007 | 356.50 |
| UPS | PO BOX 72470244, PHILADELPHIA, PA 19170 | 8/13/2007 | 189.66 |
| FARRIS MATHEWS BRANAN BOBANGO | 1101 RIDGEWAY LOOP RD, SUITE 400, MEMPHIS, TN 38120 | 8/15/2007 | 10,000.00 |
| 3M HEALTH INFORMATION SYSTEMS | 575 WEST MURRAY RD, MURRAY, UT 84123 | 8/16/2007 | 12,673.16 |
| BANK OF NASHVILLE | 401 CHURCH STREET, NASHVILLE, TN 37219 | 8/17/2007 | 41,333.23 |
| HMS | 3102 WEST END AVE, SUITE 400, NASHVILLE, TN 37203 | 8/17/2007 | 32,058.25 |
| PRIMETRUST BANK | PO BOX 210145, NASHVILLE, TN 37222 | 8/17/2007 | 71,871.75 |
| LISA SMITHSON | 214 OVERLOOK CT, SUITE 260, BRENTWOOD, TN 37027 | 8/20/2007 | 86.17 |
| DEBRA SOLOMON | 214 OVERLOOK CT, SUITE 260, BRENTWOOD, TN 37027 | 8/21/2007 | 187.30 |
| TENNESSEE CHILD SUPPORT | PO BOX 305200, NASHVILLE, TN 37232 | 8/21/2007 | 891.58 |
| PRECISION LOCKSMITH SERVICES | 307 FESCUE DRIVE, MT JULIET, TN 37122 | 8/21/2007 | 192.28 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | 8/22/2007 | 589.26 |
| FARRIS MATHEWS BRANAN BOBANGO | 1101 RIDGEWAY LOOP RD, SUITE 400, MEMPHIS, TN 38120 | 8/23/2007 | 33,140.48 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | 8/24/2007 | 85.00 |
| JOHN MCDERMOTT | PO BOX 442, SMYRNA, TN 37167 | 8/27/2007 | 212.00 |
| NUVOX COMMUNICATIONS OF TENNE | PO BOX 580010, CHARLOTTE, NC 28259 | 8/27/2007 | 1,160.63 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | 8/27/2007 | 134.82 |
| PRIMETRUST BANK | PO BOX 210145, NASHVILLE, TN 37223 | 8/28/2007 | 7,000.00 |
| CENTENNIAL, INC. | 3310 WEST END AVE, SUITE 420, NASHVILLE, TN 37203 | 8/28/2007 | 7,874.71 |
| PROFESSIONAL SERVICE INDUSTRI | PO BOX 71168 CHICAGO, IL 60694 | 8/28/2007 | 2,950.00 |
| GENWORTH LIFE & ANNUITY INSUR | PO BOX 79314, BALTIMORE, MD 21280 | 8/28/2007 | 2,626.00 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | 8/29/2007 | 15.52 |
| TOSHIBA AMERICA MEDICAL CREDI | 21146 NETWORK PLACE, CHICAGO, IL 60673 | 8/29/2007 | 6,123.12 |
| BLUE CROSS BLUE SHIELD OF GEO | 3350 PEACHTREE ROAD NE, ATLANTA, GA 30326 | 8/29/2007 | 271,829.54 |
| MUTUAL OF OMAHA MEDICARE | AUDIT & REIMBURSEMENT, MUTUAL OF OMAHA PLAZA, OMAHA, NE 68175 | 8/31/2007 | 19,523.21 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | 9/4/2007 | 107.21 |
| WILLIAM J. HILDRETH | 108 WHIPPORRWILL DRIVE, WAVERLY, TN 37185 | 9/4/2007 | 402.14 |
| PARR WADDOUPS BROWN GEE & LOV | 185 S STATE STREET, SUITE 1300, SALT LAKE CITY, UT 84111 | 9/4/2007 | 3,000.00 |
| AT&T | PO BOX 9001309, LOUISVILLE, KY 40292 | 9/4/2007 | 302.18 |
| DEX IMAGING | 5225 HARDING PL, NASHVILLE, TN 37217 | 9/4/2007 | 626.31 |
| CT CORPORATION | PO BOX 4349, CAROL STREAM, IL 60197 | 9/4/2007 | 640.00 |
| DELAWARE SEC. OF STATE | DIVISION OF CORPORATIONS, PO BOX 898, DOVER, DE 19903 | 9/4/2007 | 554.00 |
| FEDEX | PO BOX 94515, PALATINE, IL 60095 | 9/4/2007 | 78.27 |
| HEALTH INFOTECHNICS | 210 JAMESTOWN PARK RD, SUITE 101, BRENTWOOD, TN 37027 | 9/4/2007 | 8,750.00 |
| INDUSTRIAL FIRE & SAFETY EQUI | 608 ASH STREET, NASHVILLE, TN 37202 | 9/4/2007 | 382.38 |
| ILD TELECOMMUNICATIONS | PO BOX 5388682, ATLANTA, GA 30537 | 9/4/2007 | 27.36 |
| LESTER, MILLER & WELLS | PO BOX 8758, ALEXANDRIA, LA 71306 | 9/4/2007 | 6,778.00 |
| NEOPOST | PO BOX 45822, SAN FRANCISCO, CA 95145 | 9/4/2007 | 132.52 |
| NUVOX COMMUNICATIONS OF TENNE | PO BOX 580010, CHARLOTTE, NC 28260 | 9/4/2007 | 1,172.99 |
| PROVIDENT LIFE & ACCIDENT INS | 1 FOUNTAIN SQUARE, CHATTANOOGA, TN 37402 | 9/4/2007 | 482.20 |
| RELIANCE STANDARD LIFE | PO BOX 3124, PHILADELPHIA, PA 19178 | 9/4/2007 | 680.96 |
| U.C. CONSULTANTS | 223 OCEOLA AVE, NASHVILLE, TN 37209 | 9/4/2007 | 3,000.00 |
| UPS | PO BOX 72470244, PHILADELPHIA, PA 19171 | 9/4/2007 | 120.42 |
| YMCA OF MIDDLE TENNESSEE | 5101 MARYLAND WAY, BRENTWOOD, TN 37027 | 9/4/2007 | 123.30 |
| TIME WARNER TELECOM HOLDINGS, | PO BOX 172567, DENVER, CO 80219 | 9/4/2007 | 667.03 |
| GRAY, PLANT, MOOTY, MOOTY & B | 500 IDS CENTER, 80 S EIGHT ST, MINNEAPOLIS, MN 55402 | 9/4/2007 | 2,326.00 |
| PRIMETRUST BANK | PO BOX 210145, NASHVILLE, TN 37224 | 9/7/2007 | 10,299.00 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | 9/7/2007 | 27.13 |
| CENTENNIAL, INC. | 3310 WEST END AVE, SUITE 420, NASHVILLE, TN 37203 | 9/10/2007 | 7,874.71 |

Page 2 of 3

C:\Documents and Settings\hutson\Local Settings\Temporary Internet Files\OLKB1\Statement fo Financial Affairs - Statement 3(a).xls

| Payee | | Date | Amount |
|---|---|---|---|
| FTN PREMIUM SERVICES | 21820 BURBANK BLVD, SUITE 300, BURBANK, CA 91367 | 9/10/2007 | 141,524.48 |
| GIFFORD, HILLEGASS & INGWERSE | 1200 ASHWOOD PARKWAY, SUITE 300, ATLANTA, GA 30338 | 9/10/2007 | 27,590.00 |
| A. RONALD TURNER | 3541 WAKE RUN COURT, GAINESVILLE, GA 30506 | 9/10/2007 | 785.41 |
| UNION BANK | 1110 SHIRLEY ROAD, BUNKIE, LA 71322 | 9/10/2007 | 60,178.05 |
| HORNE, LLP | 1802 WEST END AVE, SUITE 800, NASHVILLE, TN 37203 | 9/10/2007 | 8,490.00 |
| GULLETT, SANFORD, ROBINSON & | 315 DEADERICK ST, SUITE 1100, NASHVILLE, TN 37238 | 9/10/2007 | 15,000.00 |
| KENTUCKY STATE TREASURER | FRANKFORT, KY 40603 | 9/11/2007 | 10.00 |
| KENTUCKY STATE TREASURER | FRANKFORT, KY 40604 | 9/11/2007 | 10.00 |
| UNION BANK | 1110 SHIRLEY ROAD, BUNKIE, LA 71322 | 9/11/2007 | 60,178.05 |
| DINSMORE & SHOHL LLP | 1400 PNC PLAZA, 500 W JEFFERSON ST, LOUISVILLE, KY 40202 | 9/11/2007 | 11,363.23 |
| TENNESSEE CHILD SUPPORT | PO BOX 305200, NASHVILLE, TN 37233 | 9/11/2007 | 891.58 |
| DELAWARE SEC. OF STATE | DIVISION OF CORPORATIONS, PO BOX 898, DOVER, DE 19904 | 9/12/2007 | 499.18 |
| FARRIS MATHEWS BRANAN BOBANGO | 1101 RIDGEWAY LOOP RD, SUITE 400, MEMPHIS, TN 38120 | 9/12/2007 | 2,000.00 |
| CUSHMAN & WAKEFIELD | 1201 WEST PEACHTREE STREET, ATLANTA, GA 30309 | 9/13/2007 | 12,500.00 |
| HMS | 3102 WEST END AVE, SUITE 400, NASHVILLE, TN 37203 | 9/13/2007 | 41,266.39 |
| PRIMETRUST BANK | PO BOX 210145, NASHVILLE, TN 37221 | 9/13/2007 | 94,924.11 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | 9/13/2007 | 72.55 |
| HUDSON SPECIALTY INSURANCE CO | PO BOX 894605, LOS ANGELES, CA 90189 | 9/13/2007 | 16,591.83 |
| BANK OF AMERICA NA | PO BOX 660576, DALLAS, TX 75266 | 9/13/2007 | 1,334.00 |
| FEDEX | PO BOX 94515, PALATINE, IL 60096 | 9/14/2007 | 31.09 |
| NEOPOST | PO BOX 45822, SAN FRANCISCO, CA 95146 | 9/14/2007 | 66.98 |
| UPS | PO BOX 7247-0244, PHILADELPHIA, PA 19172 | 9/14/2007 | 62.88 |
| AT&T | PO BOX 9001309, LOUISVILLE, KY 40293 | 9/14/2007 | 391.96 |
| GIFFORD, HILLEGASS & INGWERSE | 1200 ASHWOOD PARKWAY, SUITE 300, ATLANTA, GA 30338 | 9/14/2007 | 18,675.00 |
| TENNESSEE CHILD SUPPORT | PO BOX 305200, NASHVILLE, TN 37234 | 9/14/2007 | 891.58 |
| WILLIAM J. HILDRETH | 108 WHIPPORRWILL DRIVE, WAVERLY, TN 37185 | 9/14/2007 | 234.24 |
| RELIANCE STANDARD LIFE | PO BOX 3124, PHILADELPHIA, PA 19179 | 9/14/2007 | 1,355.72 |
| 3M HEALTH INFORMATION SYSTEMS | 575 WEST MURRAY RD, MURRAY, UT 84123 | 9/14/2007 | 20,603.59 |
| DERBY SELF STORAGE | 4611 NOLENSVILLE RD, NASHVILLE, TN 37211 | 9/14/2007 | 130.00 |
| GORDON, GLICKMAN, FLESCH & RO | THE MARQUETTE BLUILDING, 140 S DEARBORN ST, SUITE 4, CHICAGO, IL 60603 | 9/17/2007 | 5,000.00 |
| HORNE, LLP | 1802 WEST END AVE, SUITE 800, NASHVILLE, TN 37203 | 9/17/2007 | 8,470.00 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | 9/18/2007 | 16.00 |
| LISA SMITHSON | 214 OVERLOOK CT, SUITE 260, BRENTWOOD, TN 37027 | 9/24/2007 | 100.84 |
| TENNESSEE CHILD SUPPORT | PO BOX 305200, NASHVILLE, TN 37235 | 9/25/2007 | 891.58 |
| GULLETT, SANFORD, ROBINSON & | 315 DEADERICK ST, SUITE 1100, NASHVILLE, TN 37238 | 9/26/2007 | 85,000.00 |

# Attachment to Statement of Financial Affairs #3(c)

| Payee | Address | Relationship to Debtor | Date | Amount |
|---|---|---|---|---|
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | Vice President & Corporate Controler | 10/5/2006 | $856.31 |
| JAMES FINLEY | 1418 MARRIMANS COURT, FRANKLIN, TN 37067 | Vice President Development | 10/5/2006 | $156.50 |
| A. RONALD TURNER | 3541 WAKE RUN COURT, GAINESVILLE, GA 30506 | President & CEO | 10/9/2006 | $1,010.66 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | Vice President & Corporate Controler | 10/13/2006 | $507.42 |
| JAMES FINLEY | 1418 MARRIMANS COURT, FRANKLIN, TN 37067 | Vice President Development | 10/13/2006 | $369.37 |
| DAVID PERRY | 404 STRATHMORE DRIVE, FRANKLIN, TN 37064 | Group Vice President Finance | 10/16/2006 | $2,372.35 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | Vice President & Corporate Controler | 10/18/2006 | $600.00 |
| JAMES FINLEY | 1418 MARRIMANS COURT, FRANKLIN, TN 37067 | Vice President Development | 10/19/2006 | $275.38 |
| A. RONALD TURNER | 3541 WAKE RUN COURT, GAINESVILLE, GA 30506 | President & CEO | 10/20/2006 | $1,001.43 |
| DAVID PERRY | 404 STRATHMORE DRIVE, FRANKLIN, TN 37064 | Group Vice President Finance | 10/26/2006 | $864.48 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | Vice President & Corporate Controler | 10/26/2006 | $185.69 |
| JAMES FINLEY | 1418 MARRIMANS COURT, FRANKLIN, TN 37067 | Vice President Development | 10/26/2006 | $171.48 |
| A. RONALD TURNER | 3541 WAKE RUN COURT, GAINESVILLE, GA 30506 | President & CEO | 11/1/2006 | $870.18 |
| JAMES FINLEY | 1418 MARRIMANS COURT, FRANKLIN, TN 37067 | Vice President Development | 11/3/2006 | $101.59 |
| A. RONALD TURNER | 3541 WAKE RUN COURT, GAINESVILLE, GA 30506 | President & CEO | 11/10/2006 | $1,128.25 |
| DAVID PERRY | 404 STRATHMORE DRIVE, FRANKLIN, TN 37064 | Group Vice President Finance | 11/10/2006 | $1,293.56 |
| JAMES L. MARSHALL, JR. | PO BOX 487, HARTSVILLE, TN 37074 | Senior Vice President | 11/15/2006 | $1,350.49 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | Vice President & Corporate Controler | 11/15/2006 | $669.62 |
| JAMES FINLEY | 1418 MARRIMANS COURT, FRANKLIN, TN 37067 | Vice President Development | 11/16/2006 | $543.94 |
| JAMES FINLEY | 1418 MARRIMANS COURT, FRANKLIN, TN 37067 | Vice President Development | 11/20/2006 | $684.69 |
| DAVID PERRY | 404 STRATHMORE DRIVE, FRANKLIN, TN 37064 | Group Vice President Finance | 11/21/2006 | $765.51 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | Vice President & Corporate Controler | 11/22/2006 | $701.47 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | Vice President & Corporate Controler | 11/28/2006 | $140.15 |
| JAMES FINLEY | 1418 MARRIMANS COURT, FRANKLIN, TN 37067 | Vice President Development | 11/30/2006 | $542.19 |
| JAMES FINLEY | 1418 MARRIMANS COURT, FRANKLIN, TN 37067 | Vice President Development | 11/30/2006 | $1,653.00 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | Vice President & Corporate Controler | 12/1/2006 | $209.09 |
| DAVID PERRY | 404 STRATHMORE DRIVE, FRANKLIN, TN 37064 | Group Vice President Finance | 12/4/2006 | $806.79 |
| JAMES L. MARSHALL, JR. | PO BOX 487, HARTSVILLE, TN 37074 | Senior Vice President | 12/5/2006 | $3,890.25 |
| JAMES FINLEY | 1418 MARRIMANS COURT, FRANKLIN, TN 37067 | Vice President Development | 12/6/2006 | $461.93 |
| A. RONALD TURNER | 3541 WAKE RUN COURT, GAINESVILLE, GA 30506 | President & CEO | 12/12/2006 | $788.96 |
| DAVID PERRY | 404 STRATHMORE DRIVE, FRANKLIN, TN 37064 | Group Vice President Finance | 12/12/2006 | $541.17 |
| A. RONALD TURNER | 3541 WAKE RUN COURT, GAINESVILLE, GA 30506 | President & CEO | 12/15/2006 | $836.74 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | Vice President & Corporate Controler | 12/15/2006 | $450.49 |
| JAMES FINLEY | 1418 MARRIMANS COURT, FRANKLIN, TN 37067 | Vice President Development | 12/15/2006 | $453.73 |
| DAVID PERRY | 404 STRATHMORE DRIVE, FRANKLIN, TN 37064 | Group Vice President Finance | 12/22/2006 | $993.24 |
| JAMES FINLEY | 1418 MARRIMANS COURT, FRANKLIN, TN 37067 | Vice President Development | 12/29/2006 | $427.45 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | Vice President & Corporate Controler | 7/2/2007 | $98.83 |
| DAVID PERRY | 404 STRATHMORE DRIVE, FRANKLIN, TN 37064 | Group Vice President Finance | 7/11/2007 | $82.69 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | Vice President & Corporate Controler | 7/12/2007 | $57.14 |
| A. RONALD TURNER | 3541 WAKE RUN COURT, GAINESVILLE, GA 30506 | President & CEO | 7/13/2007 | $1,323.94 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | Vice President & Corporate Controler | 7/13/2007 | $28.00 |
| JAMES FINLEY | 1418 MARRIMANS COURT, FRANKLIN, TN 37067 | Vice President Development | 7/19/2007 | $135.26 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | Vice President & Corporate Controler | 7/23/2007 | $17.00 |
| JAMES L. MARSHALL, JR. | PO BOX 487, HARTSVILLE, TN 37074 | Senior Vice President | 7/26/2007 | $837.81 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | Vice President & Corporate Controler | 7/31/2007 | $194.88 |
| A. RONALD TURNER | 3541 WAKE RUN COURT, GAINESVILLE, GA 30506 | President & CEO | 8/6/2007 | $868.53 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | Vice President & Corporate Controler | 8/6/2007 | $41.43 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | Vice President & Corporate Controler | 8/10/2007 | $109.54 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | Vice President & Corporate Controler | 8/22/2007 | $589.26 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | Vice President & Corporate Controler | 8/24/2007 | $85.00 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | Vice President & Corporate Controler | 8/27/2007 | $134.82 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | Vice President & Corporate Controler | 8/29/2007 | $15.52 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | Vice President & Corporate Controler | 9/4/2007 | $107.21 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | Vice President & Corporate Controler | 9/7/2007 | $27.13 |
| A. RONALD TURNER | 3541 WAKE RUN COURT, GAINESVILLE, GA 30506 | President & CEO | 9/10/2007 | $785.41 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | Vice President & Corporate Controler | 9/13/2007 | $72.55 |
| RICHARD MCBRYDE | 309 EAST GRIFFIN COURT, NASHVILLE, TN 37221 | Vice President & Corporate Controler | 9/18/2007 | $16.00 |

C:\Documents and Settings\hutson\Local Settings\Temporary Internet Files\OLK81\Statement fo Financial Affiars - Statement 3(c).xls

# Attachment to Statement of Financial Affairs #18



# Associated Healthcare Systems, Inc.

### (Georgia Corporation)

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  October 18, 2007         Signature   /s/ A. Ronald Turner

                                                A. Ronald Turner
                                                President and CEO

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court

## Middle District of Tennessee

In re    Associated Healthcare Systems, Inc.      ,    Case No.   07-07219-MH3-11

                                Debtor

                                                          Chapter         11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| See the attached list | See the attached list | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   October 18, 2007                Signature  /s/ A. Ronald Turner

                                                          A. Ronald Turner

                                                            President and CEO

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

<u>  0  </u>  continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

# Attachment to List of Equity Security Holders

# Associated Healthcare Systems, Inc.
## Shareholder List
### As of September 30, 2007

| Shareholder Name | Issued Shares | Percent to Total |
|---|---|---|
| AHS Investment Partners, LLC | 171,428 | 7.1 |
| Bishop, Michael R. | 40,000 | 1.7 |
| Bobango, John A. | 161,747 | 6.7 |
| CCS Investments, LLC | 307,850 | 12.7 |
| Coleman, James H. | 82,251 | 3.4 |
| Darnall, John P. | 20,000 | .9 |
| Finley, J. Steven | 50,804 | 2.1 |
| Gardner, Avery K. | 20,000 | .9 |
| Hill, Jae H. | 96,400 | 4.0 |
| Holt, James F. Jr. | 82,400 | 3.4 |
| John A. Bobango Trust | 48,200 | 2.0 |
| Langosch, Rick | 23,166 | 1.0 |
| Marshall, James L. Jr. | 122,200 | 5.0 |
| Pope, Mary Candace | 20,000 | .9 |
| Turner, A. Ronald | 1,174,300 | 48.5 |
| Total | 2,420,746 | 100.0 |