IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| ASSOCIATED HEALTHCARE | ) | Bk No. 07-07219-MH3-11 |
| SYSTEMS, INC., | ) | |
| | ) | |
| Debtor. | ) | |

APPOINTMENT AND NOTICE OF APPOINTMENT
OF OFFICIAL UNSECURED CREDITORS COMMITTEE

Pursuant to 11 U.S.C. § 1102, the United States Trustee hereby appoints and gives notice of the appointment of following members to the Official Unsecured Creditors Committee:

1. NORTON HOSPITALS, INC.
   Scott Kroll, Director, Risk Financing
   P.O. Box 35070
   Louisville, KY 40232
   Phone: 502-629-8768
   Fax: 502-629-8176

2. SHARED IMAGING
   Ken Lancaster, Chief Financial Officer
   801 Phoenix Lake Drive
   Streamwood, IL 60107
   Phone: 630-483-3980

3. THE ALLEGRO GROUP
   W. Earl Reed, III
   National City Tower
   Suite 3870
   Louisville, KY 40202
   Phone: 502-396-3948
   Fax: 502-479-3588

The CHAIRPERSON is SCOTT KROLL.

November 16, 2007.

                Respectfully submitted,

                RICHARD F. CLIPPARD
                U.S. TRUSTEE, REGION 8

                **/s/ Lloyd E. Mueller**

                _____
                Lloyd E. Mueller
                Trial Attorney
                701 Broadway, Room 318
                Nashville, TN  37203
                615-736-2254
                615-736-2260 (Facsimile)
                Lloyd.E.Mueller@usdoj.gov